UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21734-CIV-SINGHAL

UBALDINO ROELY
MERIDA DOMINGUEZ,

      Petitioner,

v.

MARKWAYNE MULLIN,[1] Secretary
of the Department of Homeland Security, *et al.*,

      Respondents.
_____/

## ORDER SETTING HEARING

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. Petitioner Ubaldino Dominguez filed this petition for writ of habeas corpus under 28 U.S.C. Section 2241. 28 U.S.C. Section 2243 explains that the Court shall set a hearing after the government responds to the petition. Accordingly, since Respondents have returned the Petition, *see* (DE [14]), it is hereby

    **ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear at a hearing on **Wednesday, April 8, 2026 at 11:30 a.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of April 2026.

                                    _____

                                  RAAG SINGHAL
Copies furnished counsel via CM/ECF         UNITED STATES DISTRICT JUDGE

---

[1] Since this Petition was filed, Markwayne Mullin has replace Kristi Noem as Secretary.